IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



**DELORE NELSON**  PLAINTIFF

VS.  CIVIL ACTION 3:09cv261 TSL-JCS  *HTW-LRA*

**SCOTT COUNTY SCHOOL DISTRICT,**
**FRANK McCURDY, Superintendent,**
**and TANYA WALKER, Principal**  DEFENDANTS

## RECUSAL ORDER

Pursuant to 28 U.S.C. §455(a), the undersigned is compelled to disqualify himself in the above styled and numbered proceeding for the reason that defendant Scott County School District is on the recusal list of the undersigned United States District Judge.

Accordingly, the undersigned does hereby recuse himself in this cause.

ORDERED this 2nd day of November, 2009.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE